(Reap. Dec. 9186)

LEADING FORWARDERS, INC. *v.* UNITED STATES

Entry No. 947319.

(Decided July 11, 1958)

*Robert Rubinger* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain items of glassware exported from Germany and entered at the port of New York. In a stipulation of submission, the appeal has been limited to the merchandise described on the invoice as "Bell Shaped Graduate Blanks, 250 ml cap.," appraised at DM 2.95 each, plus 12½ per centum, less 25 per centum, plus packing.

Stipulated facts, upon which the case is before me, establish that the proper basis for appraisement of the articles in question, as hereinabove identified, is foreign value, as defined in section 402 (c) of the Tariff Act of 1930, as amended, and that such statutory value for the merchandise is DM 1.25 each, plus 12½ per centum, less 25 per centum, plus packing, and I so hold. Judgment will be rendered accordingly.

(Reap. Dec. 9187)

GULF OIL CORPORATION *v.* UNITED STATES

Entry No. C–5174.

(Decided July 11, 1958)

*Sharretts, Paley & Carter* for the plaintiff.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain seamless steel grade-B line pipe exported from Scotland and entered at the port of Philadelphia.

Stipulated facts, upon which the case has been submitted, establish that the proper basis for appraisement of the merchandise is export value, as defined in section 402 (d) of the Tariff Act of 1930, and that such statutory value thereof is 43 shillings, 9 pence, per foot, and I so hold. Judgment will be rendered accordingly.